**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **SPRINT NEXTEL CORPORATION,** *et al.*,<br><br>    **Plaintiffs,**<br>**v.**<br><br>**UNWIRED SOLUTIONS, INC. d/b/a**<br>**LINQ SERVICES, INC.,** *et al.*,<br><br>    **Defendants.** | **Case No. 15-cv-02964-GLR** |

**STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**
**OF ALL CLAIMS AND COUNTERCLAIMS**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties hereby stipulate to the voluntary dismissal without prejudice of all claims and counterclaims in the above-captioned action. Each Party to bear their own costs and fees.

Date: March 26, 2019

/s/ Noam B. Fischman
Noam B. Fischman MD Bar No. 16311
1401 I ("Eye") Street, NW, Suite 800
Washington, DC 20005
Telephone: 202-783-3300
Facsimile: 202-783-3535
nfischman@polsinelli.com

Jay E. Heidrick (Admitted PHV)
Polsinelli PC
900 W. 48th Place, Suite 900
Kansas City, MO 64112
jheidrick@polsinelli.com
*Attorneys for Plaintiffs*

/s/ Charles R. Price
Charles R. Price (Admitted PHV)
Tandem Legal Group LLC
2000 P Street NW, Suite 308
Washington, DC 20036
Telephone: (202) 969-0100
Facsimile: (202) 969-0099
charles.price@tndm.com
*Attorneys for Defendants*